**FILED**
**DISTRICT COURT OF GUAM**
MAY 10 2005
MARY L.M. MORAN
CLERK OF COURT



# UNITED STATES DISTRICT COURT
District of     GUAM

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For a Petty Offense) |
| | CASE NUMBER: MG-05-00019 |
| **EDDY CHRONE** | USM NUMBER: Not applicable |
| | **KIM SAVO, Assistant Federal Public Defender** |
| | Defendant's Attorney |

**THE DEFENDANT:**

X    **THE DEFENDANT** pleaded guilty to count(s)    I

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 GCA 180102(b) & 18 USC §§ 7(3) and 13 | Driving Under the Influence of Alcohol (BAC) | 3/11/05 | I |

X   Count(s)    **II**    X is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $ 25.00 | $ WAIVED |

Defendant's Soc. Sec. No.: XXX-XX-6319

Defendant's Date of Birth: XXXXXXX, 1966

Defendant's Residence Address:

Tamuning, Guam

Defendant's Mailing Address:

SAME AS ABOVE

May 10, 2005
Date of Imposition of Judgment

*(signature)*
Signature of Judge

JOAQUIN V.E. MANIBUSAN, JR., U.S. MAGISTRATE JUDGE
Name and Title of Judge

MAY 10, 2005
Date